**No. 11-364. Rafael Vargas, Petitioner v. Enterprise Leasing Company, et al.**

565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8592.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 60 So. 3d 1037.

**No. 11-372. Steven H. Wodka, Petitioner v. Causeway Capital Management LLC, et al.**

565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8643.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 563.

**No. 11-373. Marvin Smith, et ux., Petitioners v. Regions Bank, et al.**

565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8602, █

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-374. Marvin Smith, et ux., Petitioners v. Atlantic Southern Bank, et al. (three judgments).**

565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8626, █

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-375. Kenneth Zahl, Petitioner v. New Jersey Department of Law & Public Safety, et al.**

565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8559.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 428 Fed. Appx. 205.

**No. 11-376. Silvana Fotheringham, Petitioner v. Avery Dennison Corporation.**

565 U.S. 1061, 132 S. Ct. 770, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8479.

November 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-377. Eduardo Galiana, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1061, 132 S. Ct. 770, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8542.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 429 Fed. Appx. 849.